## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **BENJAMIN SCHRADER,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| v. | )   CIVIL NO. 1:15-CV-302-DBH |
| | ) |
| **CRAIG NICHOLS,** | ) |
| | ) |
| **DEFENDANT** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 11, 2015, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision for dismissal of the plaintiff's complaint. The time within which to file objections expired on August 28, 2015, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED** for lack of subject-matter jurisdiction.

**SO ORDERED.**

**DATED THIS 8TH DAY OF SEPTEMBER, 2015**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**